JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ARDIS BROWN, | Case No. CV 07-06787-MLG |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED: August 15, 2008

_____
MARC L. GOLDMAN
United States Magistrate Judge